**McCUNE LAW GROUP, APC**
Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

**McCUNE LAW GROUP, APC**
Emily J. Kirk, *Pro Hac Vice*
ejk@mccunewright.com
231 N. Main Street, Suite 20
Edwardsville, Illinois 62025
Telephone: (618) 307-6116
Facsimile: (618) 307-6161

Attorneys for Plaintiff Cesar E. Cortes and Putative Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR E. CORTES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY & STATE EMPLOYEES CREDIT UNION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 22-CV-0444-LAB-DEB<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Larry Alan Burns<br>Magistrate Judge: Hon. Daniel E. Butcher<br>Action Filed: April 4, 2022<br><br>Hearing Date: December 11, 2023<br>Time: 11:30 a.m.<br>Courtroom: 14A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 11, 2023, at 11:30 a.m., at the James M. Carter and Judith N. Keep Courthouse, located at 333 West Broadway, San Diego, California, on the 14th floor in Courtroom 14A before the Honorable Larry Alan Burns, Plaintiff Cesar E. Cortes ("Plaintiff") will and hereby does move for preliminary approval of the proposed class action settlement in this matter.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, the declaration of Plaintiff's counsel Richard D. McCune, the declaration of Plaintiff's database expert, Arthur Olsen, the declaration of Plaintiff Cesar E. Cortes, all exhibits thereto, all matters of which this Court may take judicial notice, all pleadings in this matter, and all such evidence as may be presented at the hearing. Further, this Motion is based on the grounds that the settlement in this case is fair, reasonable and adequate to the Class, and should be preliminarily approved.

Dated: October 24, 2023     McCUNE LAW GROUP, APC

*/s/Richard D. McCune*
Richard D. McCune

*Counsel for Plaintiff Cesar E. Cortez and the Putative Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT